Torres *v.* Calaf.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda.

No. 694.—Resuelto en mayo 19, 1911.

Resoluciones Inapelables—Excepciones Previas.—Las resoluciones de las cortes decidiendo excepciones previas no ponen término al asunto, siendo necesario que se registren como sentencias para que produzcan ese efecto y también el de que el Tribunal Supremo pueda conocer de ellas en grado de apelación.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rafaél López Landrón.*

Abogados del apelado: *Sres. Alvarez Nava y Domínguez.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En el presente caso, la Corte de Distrito de San Juan, Sección 2ª., resolvió en 9 de marzo de 1911, de acuerdo con la excepción alegada contra la demanda, que ésta no aducía hechos bastantes para determinar una causa de acción, por estar prescrita la que en ella se ejercita.

Algunos días después, la demandante interpuso recurso de apelación contra la sentencia dictada en este caso el día 9 de marzo de este año, que declara con lugar la excepción del demandado, sin que conste del récord traído ante este tribunal, que la resolución mencionada fuera registrada como sentencia.

Ya hemos resuelto en varios casos, y últimamente en los de *Jimenez* v. *Olmedo,* 13 diciembre, 1907; *Cintrón* v. *Figueroa,* 16 diciembre, 1907; *Rijos* v. *Peña,* 23 diciembre, 1907; *Comunidad de Regantes del "Bucaná,"* v. *Casalduc,* 17 febrero, 1908; *Otero* v. *Monroig,* 23 febrero, 1909; *Vega y otros* v. *Rodríguez y otros,* 6 marzo, 1911; y *The American R. R. Co. of P. R.* v. *J. Quiñones.* 10 marzo, 1911, que las resoluciones de las cortes decidiendo excepciones, no ponen término al asunto y que es necesario que se registren como sentencias para que produzcan ese efecto y también el de que este Tribunal Supremo pueda conocer de ellas en grado de apelación.

Por los motivos consignados la apelación debe ser desestimada.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.